IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NIGEL B. HAMILTON, AIS #155120, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-74-WKW |
| | )         (WO) |
| EDDIE NAGLE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

After an independent and *de novo* review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The objection filed by the petitioner on December 28, 2006 (Doc. # 26) is overruled;

(2) The recommendation of the United States Magistrate Judge entered on December 15, 2006 (Doc. # 25) is adopted;

(3) The defendants' motions for summary judgment (Doc. # 11 & 15) are GRANTED; and

(4) The above-styled case is DISMISSED with prejudice.

An appropriate judgment shall be entered.

DONE this 16th day of January, 2007.

　　　　　　　　　　　　　　　　/s/  W.  Keith  Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE