IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NIGEL B. HAMILTON, AIS #155120, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-74-WKW |
| ) | (WO) |
| EDDIE NAGLE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that:

1. Judgment be and is hereby entered in favor of the defendants and against the plaintiff.

2. Costs are taxed against the plaintiff, for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 16th day of January, 2007.

                                            /s/   W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE